STATE OF NEW JERSEY, PLAINTIFF IN ERROR, v. EDWARD E. WHITE, DEFENDANT IN ERROR.

Argued May 18, 1943—Decided September 16, 1943.

For the plaintiff in error, *William A. Wachenfeld.*

For the defendant in error, *Robert J. McCurrie.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—None.